UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PETER TAYLOR,

                Plaintiff,

                                          No. 9:09-CV-0385
     v.                                    (FJS/DEP)

LT. R. HALLADAY, and
C. O. R. MILLER,

                Defendants.

APPEARANCES:                             OF COUNSEL:

**FOR PLAINTIFF**:

PETER TAYLOR, *Pro Se*
11967-052
USP Cannon
PO Box 300
Waymart, PA   18472

**FOR DEFENDANTS**:

HON. RICHARD S. HARTUNIAN        CHARLES E. ROBERTS, ESQ.
United States Attorney                    Assistant U.S. Attorney
Northern District of New York
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York   13261-7198

**FREDERICK J. SCULLIN, JR., S.J.:**

## ORDER

    After carefully considering the entire file in this matter, including Magistrate Judge

Peebles' July 1, 2010 Report and Recommendation to which the parties have not filed any objections; the Court hereby

**ORDERS** that Magistrate Judge Peebles' July 1, 2010 Report and Recommendation is **ADOPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **GRANTED**; and the Court further

**ORDERS** that Plaintiff's complaint is **DISMISSED** in its entirety based upon his failure to exhaust available administrative remedies before commencing suit; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.

 IT IS SO ORDERED.

DATED:  August 9, 2010
          Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge